IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:16cr83-MHT |
| | ) | (WO) |
| DELRICCO RAY JONES | ) | |

**JUDGMENT**

Counsel for defendant Delricco Ray Jones having orally informed the court that there is no objection, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) the government's motion to dismiss (doc. no. 85) is granted;

(2) the indictment (doc. no. 1) is dismissed without prejudice as to defendant Delricco Ray Jones; and

(3) defendant Jones is discharged.

DONE, this the 31th day of May, 2016.

                                          /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**